UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 23-12586 |
| Matthew Slocum, ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Janet S. Baer | |
| ) | DuPage | |
| Debtor(s) ) | | |

**ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN**

This case coming before the Court on the Debtor's Motion to Modify Plan,

IT IS HEREBY ORDERED that the Motion to Modify Plan is granted as follows:

1. The existing default in plan payments is deferred.

2. The Debtor's monthly plan payments shall increase to $1,250 for the remainder of the plan.

3. The plan base shall remain the same.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: June 07, 2024

**Prepared by:**

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600